1
2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA
10
11  STEVEN BROWN JORDAN,              )    NO. CV 07-04726 SGL (SS)
                                      )
12              Petitioner,           )    **ORDER ADOPTING FINDINGS,**
                                      )
13         v.                         )    **CONCLUSIONS AND RECOMMENDATIONS**
                                      )
14  JOHN MARSHALL, Warden,            )    **OF UNITED STATES MAGISTRATE JUDGE**
                                      )
15              Respondent.           )
                                      )
16  
17
18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
19  all of the records herein, the Magistrate Judge's Report and
20  Recommendation, and Petitioner's Objections.  After having made a <u>de</u>
21  <u>novo</u> determination of the portions of the Report and Recommendation to
22  which Objections were directed, the Court concurs with and adopts the
23  findings and conclusions of the Magistrate Judge.
24  \\
25  \\
26  \\
27  \\
28  \\

Accordingly, IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

Dated: 11-28-08 .

*/s/ Stephen G. Larson*
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE