UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BROWN JORDAN | CASE NO. CV 07-04726 SGL (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: 12-1-08 .

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE